and argument would not aid the decisional process.

*AFFIRMED.*

**Michael Eugene TANN, Plaintiff–
Appellant,**

v.

**Corporal Thomas FISHER, # ID 305–
Towson University Police Depart-
ment, Defendant–Appellee.**

**No. 11–2007.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 19, 2011.

Michael Eugene Tann, Appellant Pro Se. Elizabeth Bechtold Rivera, Office of the Attorney General of Maryland, Carolyn Waters Skolnik, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before GREGORY, SHEDD, DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Tann appeals the magistrate judge's orders dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to effect service of process and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Tann v. Fisher,* No. 1:11–cv–00121–PWG (D. Md., July 11 & August 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**John J. BOWMAN, Jr., Plaintiff–
Appellant,**

v.

**Anya KOVSLEK; Joel Ziegler; G. Es-
parza; Robert Trybus; Jeffrey Duran-
ko; Robert Roff; Matthew Geyer;
Eric Elza; Dane Zimmerman; Brian
Callihan; Veronica Fernandez; Ken-
ny Adams; D. Shaw, Defendants–Ap-
pellees.**

**No. 11–2068.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 19, 2011.

John J. Bowman, Jr., Appellant Pro Se. Alan McGonigal, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John J. Bowman appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bowman v. Kovslek,* No. 1:10-cv-00106-IMK-JSK, 2011 WL 3667557 (N.D.W.Va., Aug. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*